UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLES GREENWOOD**,<br><br>On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>**EXPRESS VPN INTERNATIONAL LTD. d/b/a EXPRESS TECHNOLOGIES LIMITED**,<br><br>    Defendant. | Case No. 1:25-cv-08121<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 14 DAYS<br><br>Service waived: July 29, 2025<br>Current response date: Sept. 19, 2025<br>New response date: Oct. 3, 2025 |

  IT IS HEREBY STIPULATED and AGREED between Plaintiff Charles Greenwood and Defendant Express Technologies, Ltd., that, pursuant to Federal Rule of Civil Procedure 6(b), Defendant's time to respond to Plaintiff's Complaint—as to which Defendant waived service on July 29, 2025—is extended from September 19, 2025, to **October 3, 2025**.

  Good cause exists for the agreed extension because it will allow the time needed for counsel for the parties to investigate the factual circumstances underlying the Complaint.  It is further stipulated and agreed that this stipulation does not constitute a waiver of any claim, right, or defense.  This requested extension will not affect any of the other dates currently set in this matter.

  The parties jointly and respectfully request the Court's approval of this stipulated extension.

Dated: September 16, 2025
   Casselberry, FL

By: */s/ Nicolas G. Keller*
Nicolas G. Keller (N.Y. Bar No. 5549522)*
nicolaskeller@quinnemanuel.com
QUINN EMANUEL
 URQUHART & SULLIVAN, LLP

295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849 7000
Fax: (212) 849 7100
*(*Admitted pro hac vice)*

Stephen A. Broome (Cal. Bar No. 314605)*
stephenbroome@quinnemanuel.com
John W. Baumann (Cal. Bar No. 288881)*
jackbaumann@quinnemanuel.com
Laurenne M. Babayan (Cal. Bar No. 348075)*
laurennebabayan@quinnemanuel.com
QUINN EMANUEL
  URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: (213) 443 3000
Fax: (213) 443 3100
*(*Admitted pro hac vice)*

*Attorneys for Defendant*


Dated: September 16, 2025
        New York, NY

/s/ Daniel J. Kieselstein
Daniel J. Kieselstein
WITTELS MCINTURFF PALIKOVIC
305 Broadway, 7th Floor
New York, New York 1007
Tel:    (914) 775-8862
djk@wittelslaw.com

*Attorneys for Plaintiff*