**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Charles Greenwood

                             Plaintiff,

v.                                                                    Case No.: 1:25−cv−08121
                                                                       Honorable Jorge L. Alonso

Express VPN International Ltd., et al.

                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 26, 2025:

       MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff has filed a second amended complaint with written consent of Defendant pursuant to Federal Rule of Civil Procedure 15(a)(2). Defendant's motion to dismiss at [29] is denied as moot. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.