**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **CHARLES GREENWOOD**, <br><br> On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **EXPRESS TECHNOLOGIES LTD. f/k/a EXPRESS VPN INTERNATIONAL LTD.** <br><br> Defendants. | Case No. 1:25-cv-08121 <br><br> **DEFENDANT'S DISCLOSURE STATEMENT UNDER RULE 7.1 & NOTIFICATION AS TO AFFILIATES UNDER L.R. 3.2** |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Federal Rule of Civil Procedure ("FRCP") 7.1 ("Disclosure Statement") and Local Rule 3.2 ("Notification as to Affiliates"), counsel of record for Defendant Express Technologies Ltd. ("ExpressVPN"), certifies that the following listed persons and entities may have a pecuniary interest in the outcome of this case. These representation are made to enable the Court to evaluate possible disqualification or recusal. As reflected below, ExpressVPN is a wholly owned private company with a single ultimate beneficial owner, Teddy Sagi. Accordingly, no parent, subsidiary, or otherwise affiliated entity of ExpressVPN has issued shares or other securities to the public.

| **Person / Entity** | **Connection / Interest to Defendant** |
|---|---|
| Express Technologies Ltd. | Correct name for the Defendant legal entity. |

| | |
|---|---|
| Network Guard Pte. Ltd. | Non-party private parent entity with sole ownership of Express Technologies Ltd. |
| Kape Technologies Plc | Non-party private parent entity with sole ownership of Network Guard Pte. Ltd. |
| Teddy Sagi | Private individual with sole ultimate beneficial ownership of Express Technologies Ltd. through wholly owned holding companies. |

Consistent with FRCP 7.1(b)(2) and L.R. 3.2(f), ExpressVPN will supplement this statement if it becomes aware of any changes in the above information.

DATED: December 17, 2025

**QUINN EMANUEL URQUHART &**
 **SULLIVAN, LLP**

<u>/s/ Stephen A. Broome</u>
Stephen A. Broome (Cal. Bar No. 314605)*
stephenbroome@quinnemanuel.com
John W. Baumann (Cal. Bar No. 288881)*
jackbaumann@quinnemanuel.com
Rex N. Alley (Cal. Bar No. 346525)*
rexalley@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
(*Admitted *Pro Hac Vice*)

Nicolas G. Keller (N.Y. Bar No. 5549522)*
nicolaskeller@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849 7000

2

Fax: (212) 849 7100
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendant*