UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLES GREENWOOD,**<br><br>On Behalf of Himself and All Others Similarly Situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**EXPRESS TECHNOLOGIES LTD. f/k/a EXPRESS VPN INTERNATIONAL LTD.,**<br><br>**Defendant.** | Case No.: 1:25-cv-08121<br><br>**UPDATED STATUS REPORT** |

Pursuant to the court's November 3, 2025 Order (ECF No. 28), the parties jointly write to inform the Court on the progress of fact discovery and whether the parties believe a settlement conference would be fruitful at this time.

**I.      FACT DISCOVERY**

On October 2, 2025, Plaintiff served his first set of requests for production and first set of interrogatories. On October 17, 2025, Plaintiff served his second set of interrogatories. Per agreement, Defendant responded to all three sets on December 3, 2025.

The parties met and conferred by videoconference over Defendant's discovery responses on December 5 and 11, 2025, and have agreed that Defendant will at this time prioritize production of documents and information relating only to Plaintiff Greenwood's individual claims. The parties met and conferred by videoconference regarding Defendant's objections and responses with respect to Plaintiff Greenwood's individual claims on January 12, 2026. The parties are in the process of determining whether all their disputes can be resolved without involving the Court.

The parties are currently negotiating a Confidentiality Order based on the Model Confidentiality Order set forth in the Local Rules for the Northern District of Illinois and anticipate submitting a proposed order shortly.

## II. SETTLEMENT CONFERENCE

A decision on Defendant's anticipated motion to dismiss and/or compel arbitration will inform the parties' settlement positions. Accordingly, the parties do not believe that a settlement conference would be fruitful at this stage.

| | |
|---|---|
| By: /s/ Nicolas G. Keller<br>Nicolas G. Keller (N.Y. Bar No. 5549522)*<br>nicolaskeller@quinnemanuel.com<br>QUINN EMANUEL<br>  URQUHART & SULLIVAN, LLP<br>295 5th Avenue, 9th Floor<br>New York, New York 10016<br>Tel: (212) 849 7000<br>Fax: (212) 849 7100<br>(*Admitted *Pro Hac Vice*)<br><br>Stephen A. Broome (Cal. Bar No. 314605)*<br>stephenbroome@quinnemanuel.com<br>John W. Baumann (Cal. Bar No. 288881)*<br>jackbaumann@quinnemanuel.com<br>Rex N. Alley (Cal. Bar Bo. 346525)*<br>rexalley@quinnemanuel.com<br>QUINN EMANUEL<br>  URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor Los Angeles, California 90017<br>Tel: (213) 443 3000<br>Fax: (213) 443 3100<br>(*Admitted *Pro Hac Vice*)<br><br>*Attorneys for Defendant* | /s/ Daniel J. Kieselstein<br>Daniel J. Kieselstein<br>J. Burkett McInturff*<br>Ethan D. Roman*<br>WITTELS MCINTURFF PALIKOVIC<br>305 Broadway, 7th Floor<br>New York, New York 1007<br>Tel: (914) 775-8862<br>djk@wittelslaw.com<br>jbm@wittelslaw.com<br>edr@wittelslaw.com<br>(*Admitted *Pro Hac Vice*)<br><br>*Attorneys for Plaintiff and Proposed Class* |